UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| CHRISTOPHER J. LEE, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:17CV2911 HEA |
| | ) | |
| LINDA SANDERS, | ) | |
| | ) | |
| Respondent. | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's Application for Relief Pursuant to Title 28, United States Code, Section 2241, [Doc. No. 1] and his Motion for Ruling, [Doc. No. 35].,

## Background

Petitioner was sentenced to thirty-five (35) months' imprisonment by the undersigned on May 9, 2016, in *United States v. Lee*, 4:06CR131 HEA, for violating the terms of his supervised release. The Judgment in petitioner's criminal case stated that petitioner's imprisonment, "shall run concurrently to the sentence imposed under Docket Number 4:16CR00120 RLW."

Petitioner was sentenced to a total term of imprisonment of fifty-seven (57) months' by the Honorable Ronnie L. White on August 30, 2016, in 4:16CR120 RLW. The Judgment in petitioner's criminal case in front of Judge White stated that petitioner's imprisonment, "shall run consecutive to the sentence imposed in U.S. District Court, Eastern District of Missouri, St. Louis, Missouri, under Docket No. 4:06CR00131-1 HEA."

At the time of sentencing in the undersigned's case, the Court stated on the record that Judge White's sentence was up to Judge White. Judge White was clearly aware of the previous sentence in this case and sentenced Petitioner to fifty seven months to be run consecutively to this Court's sentence. In consideration of the timing of both sentences, the Bureau of Prison's

interpretation that Petitioner's sentence in this case is to be served consecutively to Judge White's sentence is a reasonable interpretation of the sentences imposed.

\Accordingly,

**IT IS HEREBY ORDERED** that petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is **DENIED**.

A separate judgment in accordance with this Opinion, Memorandum and Order is entered this same date.

Dated this 12th day of October, 2018.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE